FILED IN CLERKS OFFICE 2020 JAN 21 PM 4:46 U.S. DISTRICT COURT DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

People #1 d/b/a Juana Doe Numera Una; John/Jane Does 1-9; et al.

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Appeals/Objections Re: Education/Technology; John/Jane Does 1-9, et al.

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ______________________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

Relief: Respect in making contracts/copyright...

I. ~~The Parties to~~ This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | People #1 d/b/a Juana Doe Numera Una |
| Street Address | c/o Reason, Logic & Law |
| City and County | 151 1st Ave #210 |
| State and Zip Code | New York, NY 10003 |
| Telephone Number | (202) 643-3LAW |
| E-mail Address | reasonlogiclaw@gmail.com |

EMAIL

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Statement: Whites get email and paid for services.

Defendant No. 1

Name: Appeals/Objections

Job or Title (if known): PACER (David Stone)

Street Address:

City and County: SAN ANTONIO, TX

State and Zip Code:

Telephone Number:

E-mail Address (if known):

Defendant No. 2

Name: Re: Education/Technology

Job or Title (if known):

Street Address:

City and County: Boston, MA

State and Zip Code:

Telephone Number: (302) 566-5672.

E-mail Address (if known): ootp@berklee.edu

Defendant No. 3

Name: JOHN/JANE DOE(S) 1-9.

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

5th Cir. dismissed 18-cv-440 appeal w/o any correspondance

Defendant No. 4

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

ABRAMS order adopting GORENSTEIN rec. in 18-cv-7965 I had to read off a google search.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 1981 / Involuntary Servitude 1584?

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______, is a citizen of the State of *(name)* ______.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

5 years of litigation everyday pro se IFP and only received extraordinary 60(B) relief in 2:18-cv-375-SJD-FFM

See 1:18-cv-10222-RGS

  b. If the defendant is a corporation

The defendant, *(name)* ____________, is incorporated under the laws of the State of *(name)* ____________, and has its principal place of business in the State of *(name)* ____________.
Or is incorporated under the laws of *(foreign nation)* ____________, and has its principal place of business in *(name)* ____________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

NDTX 18-CV-440 Rodin case appeal dismissed for want of prosecution. SDNY 18-CV-7965 order read through Google search. Never received either. Checked mail at 1355 New York Ave NE 20002. NOTHING There. it's 2020 and we have a smart phone.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.) Consistancy re: smart phone service throughout the circuits.. 2.) The $2.5K the SSI gave to the people of the state of California. 3.) Loans Discharged

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff People #1, et al.

### B. For Attorneys

Date of signing:

Signature of Attorney SUI JURIS

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address